In the Matter of the Application of THE CITY OF NEW YORK, Relative to

Acquiring Title, etc., for the Opening and Extending of the Addition to Fort Washington Park.— Motions to dismiss appeals denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.